UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MOLNAR,<br><br>Defendant. | Case No. 14cr1340-JLS<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On September 23, 2015, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of CHARLES MOLNAR ("Defendant") in all properties seized in connection with this case, namely,

      **a)   Any and all images of child pornography;**

      **b)   One (1) Kingston DT 108 Thumb Drive; and**

      **c)   One (1) Seagate SRD00F2 3 TB Expansion Desktop Drive, Serial No. NA4K9LZC.**

For thirty (30) consecutive days ending on November 2, 2015, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties described above; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of CHARLES MOLNAR and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    a)    **Any and all images of child pornography;**

    b)    **One (1) Kingston DT 108 Thumb Drive; and**

    c)    **One (1) Seagate SRD00F2 3 TB Expansion Desktop Drive, Serial No. NA4K9LZC.**

IT IS FURTHER ORDERED that costs incurred by the U.S. Immigration and Customs Enforcement ("ICE") and any other Governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that ICE shall dispose of the properties according to law.

IT IS SO ORDERED.

Dated: March 19, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge